UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

**LAFRENIERE MORRIS**         CIVIL ACTION NO: 5:23-cv-00447
   *Plaintiff*

VERSUS

**FOREMOST INSURANCE COMPANY**         JUDGE _____
**GRAND RAPIDS MICHIGAN**
   *Defendant*         MAGISTRATE _____

### NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY

NOW INTO COURT, through undersigned counsel, comes FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN (hereinafter from time to time referred to as "Foremost"), which hereby files this notice of removal of the above-captioned action to the United States District Court for the Western District of Louisiana, from the 1st Judicial District Court for the Parish of Caddo, State of Louisiana, where said action is now pending, as provided by Title 28 U.S.C. § 1441, et seq., and respectfully shows the following:

1.

That on February 22, 2023, Lafreniere Morris, an individual of the full age of majority and domiciled in Caddo Parish, State of Louisiana, and at all relevant times herein was the owner of the insured property at issue in this matter, filed in the 1st Judicial District Court for the Parish of Caddo, State of Louisiana a petition for damages bearing docket number 642,183, Division "E", seeking to recover both contractual and extra-contractual damages and FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN as the defendant. FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN issued a policy of insurance to the

plaintiff that provided certain coverages to him. Said policy forms the basis of this litigation. Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, is a foreign corporation organized under the laws of the State of Michigan, and incorporated in the State of Michigan, with its principal place of business located in Grand Rapids, Michigan. Therefore, it is a Citizen of Michigan.

2.

Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, was provided a copy of plaintiffs' petition and citation, at the earliest, on or about March 6, 2023, as evidenced by the attached pleadings and citation. This was the defendant's official notice of the lawsuit having been filed and properly served. *See* Citation, Notice, and Petition attached hereto as Exhibit "A."

3.

The action described above is a civil action of which this court has original jurisdiction under the provisions of Title 28 U.S.C. § 1332, in that it is a civil action between citizens of different states, and wherein the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

4.

Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, is a foreign corporation organized under the laws of the State of Michigan, and incorporated in the State of Michigan, with its principal place of business located in Grand Rapids, Michigan. Therefore, it is a Citizen of Michigan for diversity purposes.

5.

The plaintiff, Lafreniere Morris is an individual of the full age of majority and domiciled in Caddo Parish, State of Louisiana, and at all relevant times herein was the owner of the insured property at issue in this matter. Therefore, he is a citizen of the State of Louisiana for diversity purposes.

6.

The amount in controversy in this action exceeds $75,000.00 exclusive of interest and costs.[1]  Plaintiff demands that defendant owes him contractual damages in excess of $53,396.89**,** under the terms of its Foremost insuring agreement, and further that defendant was in bad faith by not providing payment, thus, plaintiff is further claiming penalties and attorney's fees.[2]  Plaintiff's allegations that he is entitled to penalties and attorneys' fees shall be considered in ascertaining the amount in controversy.  *See St. Paul Reinsurance Co., Ltd. v. Greenberg,* 134 F.3d 1250, 1252 (5th Cir. 1998); *see also Foret v. Southern Farm Bureau Life Ins. Co.,* 918 F.2d 534, 537 (5th Cir.1990).

7.

For the foregoing reasons, this Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. § 1332, as this action is between the citizens of different states, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

8.

This action was commenced against all parties in state court on February 22, 2023, and

---

[1] Prior to suit being filed, plaintiff submitted an estimate provided by Exact Building Consultants, Inc. to this defendant, which was first notice to defendant of the amount in controversy.  That estimate is attached hereto as Exhibit "B."
[2] *Id.*

first notice thereof was not received by this defendant prior to March 6, 2023, when Foremost was provided a copy of the plaintiff's petition for damages.

9.

A copy of all process, pleadings and orders served upon defendant is being filed with this notice.

10.

Defendant will give written notice of the filing of this Notice of Removal in accordance with 28 U.S.C. § 1446 (d).

11.

A copy of this notice will be filed with the Clerk of the 1st Judicial District Court for the Parish of Caddo, State of Louisiana, as is required by Title 28 U.S.C. § 1446 (d).

12.

Defendant hereby requests a trial by jury.

WHEREFORE, defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, requests that this action proceed in this Court, as an action properly removed to it.

. . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . . . . . . . . . . . .

**[SIGNATURE ON THE NEXT PAGE]**

Baton Rouge, Louisiana, this 5th day of April, 2023.

Respectfully Submitted:

**KINCHEN, WALKER, BIENVENU, BARGAS, REED & HELM, L.L.C.**
Two United Plaza, Suite 202
8550 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Phone: 225.292.6704
Fax:    225.292.6705
Direct: 225.923.7843
Email: vbargas@kwbbrlaw.com
         bharrell@kwbbrlaw.com
         dmcknight@kwbbrlaw.com
         mlefranc@kwbbrlaw.com

BY: /s *VALERIE BRIGGS BARGAS*
**VALERIE BRIGGS BARGAS**
Louisiana Bar Roll Number 27392
**BRIAN W. HARRELL**
Louisiana Bar Roll Number 28439
**DEVON B. MCKNIGHT**
Louisiana Bar Roll Number 33507
**MAHALIE L. KYZAR**
Louisiana Bar Roll Number 39255

*Attorneys for Foremost Insurance Company Grand Rapids, Michigan*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above and foregoing Notice of Removal has been electronically filed on April 5, 2023 with the Clerk of court using the CM/ECF system.  Notice of this filing will be forwarded to the following attorney via the Court's Electronic Filing System, email, facsimile and/or US Mail:

Mr. R. William Huye, III
Mr. Claude F. Reynaud, III
Mr. Cameron Snowden
Mr. Grant Gardiner
MCCLENNY MOSELEY & ASSOCIATES, PLLC
1820 St. Charles Avenue, Suite 110
New Orleans, LA 70130
Email: william@mma-pllc.com
Email: claude@mma-pllc.com
Email : cameron@mma-pllc.com
Email : Ggardiner@mma-pllc.com
Fax:  1.713.322.5953

   *S/ VALERIE BRIGGS BARGAS*
**VALERIE BRIGGS BARGAS**