

**Exact Building Consutltants, Inc**

# EXHIBIT B

|  |  |
|---|---|
| Insured: | Lafreniere Morris |
| Property: | 3216 Junior Place |
|  | Shreveport , LA 71109 |

|  |  |
|---|---|
| Claim Rep.: | McClenny, Moseley & Associates |
| Business: | 516 Heights Blvd |
|  | Houston, TX 77007 |

|  |  |
|---|---|
| Estimator: | McClenny, Moseley & Associates |
| Business: | 516 Heights Blvd |
|  | Houston, TX 77007 |

**Claim Number:**               **Policy Number:**               **Type of Loss:** Hurricane

|  |  |  |  |
|---|---|---|---|
| Date of Loss: |  | Date Received: |  |
| Date Inspected: |  | Date Entered: | 2/1/2022 2:29 PM |

|  |  |
|---|---|
| Price List: | LASH8X_FEB22 |
|  | Restoration/Service/Remodel |
| Estimate: | LAFRENIERE_MORRIS |



**Exact Building Consutltants, Inc**

LAFRENIERE_MORRIS

SKETCH1

Roof



**Roof1**

| | | | |
|---|---|---|---|
| 2,060.66 | Surface Area | 20.61 | Number of Squares |
| 5.42 | Total Perimeter Length | 32.08 | Total Ridge Length |
| 130.55 | Total Hip Length | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Shingles & Felt:** | | | | | | |
| 1.  Tear off, haul and dispose of comp. shingles - 3 tab | 20.61 SQ | 78.45 | 0.00 | 0.00 | 485.06 | 2,101.91 |
| 2.  Roofing felt - 15 lb. | 20.61 SQ | 0.00 | 33.35 | 12.78 | 210.04 | 910.16 |
| 3.  3 tab - 25 yr. - comp. shingle roofing - w/out felt | 27.33 SQ | 0.00 | 200.42 | 189.81 | 1,700.18 | 7,367.47 |
| 4.  R&R Sheathing - OSB - 5/8" | 2,060.66 SF | 0.50 | 2.34 | 287.19 | 1,841.84 | 7,981.30 |
| 5.  R&R Blown-in insulation - 12" depth - R30 | 2,060.66 SF | 0.88 | 1.23 | 164.11 | 1,353.64 | 5,865.74 |
| **Flashing:** | | | | | | |
| 6.  Re-nailing of roof sheathing - complete re-nail | 2,060.66 SF | 0.00 | 0.13 | 1.87 | 80.92 | 350.68 |
| 7.  R&R Tarp - all-purpose poly - per sq ft (labor and material) | 2,060.66 SF | 0.08 | 0.70 | 55.95 | 498.98 | 2,162.24 |
| 8.  Drip edge | 5.42 LF | 0.00 | 2.38 | 0.35 | 3.98 | 17.23 |
| 9.  Flashing - pipe jack - lead | 3.00 EA | 0.00 | 69.41 | 9.79 | 65.40 | 283.42 |
| 10.  Valley metal | 224.26 LF | 0.00 | 5.50 | 36.33 | 380.92 | 1,650.68 |
| 11.  R&R Ridge cap - composition shingles | 32.08 LF | 1.54 | 2.83 | 3.22 | 43.02 | 186.43 |
| **Attic Ventilation:** | | | | | | |
| 12.  Roof vent - turbine type | 2.00 EA | 0.00 | 113.00 | 10.80 | 71.04 | 307.84 |
| 13.  Roof vent - turtle type - Metal | 1.00 EA | 0.00 | 63.69 | 1.74 | 19.62 | 85.05 |
| **Roof Protrusions:** | | | | | | |
| 14.  R&R Furnace vent - rain cap and storm collar, 5" | 1.00 EA | 9.14 | 58.31 | 1.81 | 20.78 | 90.04 |
| 15.  Exhaust cap - through roof - up to 4" | 1.00 EA | 0.00 | 77.90 | 2.22 | 24.04 | 104.16 |
| Totals:  Roof1 | | | | 777.97 | 6,799.46 | 29,464.35 |

 **Exact Building Consutltants, Inc**



### Roof4

| | 1,810.34 | Surface Area | | 18.10 | Number of Squares |
| | 279.25 | Total Perimeter Length | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 16.  Roofing felt - 15 lb. | 18.10 SQ | 0.00 | 20.35 | 9.94 | 113.48 | 491.76 |
| 17.  R&R Drip edge | 279.25 LF | 0.30 | 2.00 | 27.80 | 201.04 | 871.12 |
| 18.  Tear off roll roofing (no haul off) | 18.10 SQ | 40.53 | 0.00 | 0.00 | 220.08 | 953.67 |
| 19.  Roll roofing | 18.10 SQ | 0.00 | 86.84 | 103.02 | 502.44 | 2,177.26 |
| 20.  R&R Exhaust cap - through roof - up to 4" | 4.00 EA | 8.06 | 53.74 | 9.05 | 76.88 | 333.13 |
| 21.  R&R Furnace vent - rain cap and storm collar, 5" | 1.00 EA | 9.60 | 67.04 | 2.28 | 23.68 | 102.60 |
| 22.  R&R Bitumen roof - Add. glass felt layer - hot mopped appl. | 18.10 SQ | 6.30 | 79.39 | 38.25 | 476.76 | 2,066.00 |
| Totals:  Roof4 | | | | 190.34 | 1,614.36 | 6,995.54 |



### Shed

| | 496.34 | Surface Area | | 4.96 | Number of Squares |
| | 89.71 | Total Perimeter Length | | | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 23.  R&R Metal roofing | 496.34 SF | 0.45 | 4.89 | 99.72 | 825.06 | 3,575.23 |
| Totals:  Shed | | | | 99.72 | 825.06 | 3,575.23 |
| Total: Roof | | | | **1,068.03** | **9,238.88** | **40,035.12** |

**Main Level**



**Exact Building Consutltants, Inc**

**Living Room**                                                                                                    **Height: 8'**

|  |  |
|---|---|
| 412.67 SF Walls | 258.63 SF Ceiling |
| 671.29 SF Walls & Ceiling | 258.63 SF Floor |
| 28.74 SY Flooring | 51.08 LF Floor Perimeter |
| 54.08 LF Ceil. Perimeter |  |

| **Missing Wall** | **11' 9'' X 8'** | **Opens into DINING_ROOM** |
|---|---|---|
| **Missing Wall - Goes to Floor** | **3' X 6' 8''** | **Opens into Exterior** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 24.  Contents - move out then reset - Large room | 1.00 EA | 0.00 | 75.83 | 0.00 | 22.74 | 98.57 |
| **Ceiling:** | | | | | | |
| 25.  R&R Acoustic ceiling tile | 258.63 SF | 0.54 | 3.20 | 36.75 | 301.20 | 1,305.23 |
| 26.  R&R Crown molding - 3 1/4" | 54.08 LF | 0.60 | 3.83 | 8.12 | 74.32 | 322.02 |
| 27.  Paint crown molding, oversized - one coat | 54.08 LF | 0.00 | 1.09 | 0.59 | 17.86 | 77.40 |
| 28.  Prime & paint heat register | 1.00 EA | 0.00 | 10.65 | 0.20 | 3.26 | 14.11 |
| 29.  R&R Heat/AC register - Mechanically attached | 1.00 EA | 2.24 | 22.35 | 0.82 | 7.62 | 33.03 |
| Walls: | | | | | | |
| 30.  Seal the walls w/PVA primer - one coat | 412.67 SF | 0.00 | 0.61 | 2.24 | 76.20 | 330.17 |
| 31.  Mask wall - plastic, paper, tape (per LF) | 54.08 LF | 0.00 | 1.10 | 1.32 | 18.24 | 79.05 |
| 32.  Paint the walls - two coats | 412.67 SF | 0.00 | 0.99 | 8.59 | 125.14 | 542.27 |
| **Flooring:** | | | | | | |
| 33.  Final cleaning - construction - Residential | 258.63 SF | 0.00 | 0.22 | 0.00 | 17.08 | 73.98 |
| 34.  Floor protection - plastic and tape - 10 mil | 258.63 SF | 0.00 | 0.31 | 2.81 | 24.90 | 107.89 |
| 35.  Contents - move out then reset | 1.00 EA | 0.00 | 50.55 | 0.00 | 15.16 | 65.71 |
| Totals:  Living Room | | | | 61.44 | 703.72 | 3,049.43 |



**Exact Building Consutltants, Inc**



**Dining Room**                                                                 **Height: 8'**

|  |  |
|---|---|
| 238.00  SF Walls | 119.46  SF Ceiling |
| 357.46  SF Walls & Ceiling | 119.46  SF Floor |
| 13.27  SY Flooring | 29.25  LF Floor Perimeter |
| 32.25  LF Ceil. Perimeter | |

| **Missing Wall - Goes to Floor** | **3' X 6' 8"** | **Opens into Exterior** |
|---|---|---|
| **Missing Wall** | **11' 9" X 8'** | **Opens into LIVING_ROOM** |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 36.  Contents - move out then reset - Large room | 1.00 EA | 0.00 | 75.83 | 0.00 | 22.74 | 98.57 |
| **Ceiling:** | | | | | | |
| 37.  R&R Acoustic ceiling tile | 119.46 SF | 0.54 | 3.20 | 16.97 | 139.14 | 602.89 |
| 38.  R&R Crown molding - 3 1/4" | 32.25 LF | 0.60 | 3.83 | 4.85 | 44.32 | 192.04 |
| 39.  Paint crown molding, oversized - one coat | 32.25 LF | 0.00 | 1.09 | 0.35 | 10.64 | 46.14 |
| 40.  Prime & paint heat register | 1.00 EA | 0.00 | 10.65 | 0.20 | 3.26 | 14.11 |
| 41.  R&R Heat/AC register - Mechanically attached | 1.00 EA | 2.24 | 22.35 | 0.82 | 7.62 | 33.03 |
| Walls: | | | | | | |
| 42.  Seal the walls w/PVA primer - one coat | 238.00 SF | 0.00 | 0.61 | 1.29 | 43.94 | 190.41 |
| 43.  Mask wall - plastic, paper, tape (per LF) | 32.25 LF | 0.00 | 1.10 | 0.79 | 10.88 | 47.15 |
| 44.  Paint the walls - two coats | 238.00 SF | 0.00 | 0.99 | 4.95 | 72.16 | 312.73 |
| **Flooring:** | | | | | | |
| 45.  Final cleaning - construction - Residential | 119.46 SF | 0.00 | 0.22 | 0.00 | 7.88 | 34.16 |
| 46.  Floor protection - plastic and tape - 10 mil | 119.46 SF | 0.00 | 0.31 | 1.30 | 11.50 | 49.83 |
| 47.  Contents - move out then reset | 1.00 EA | 0.00 | 50.55 | 0.00 | 15.16 | 65.71 |
| Totals:  Dining Room | | | | 31.52 | 389.24 | 1,686.77 |



**Exact Building Consutltants, Inc**



### Utility Room
**Height: 8'**

| | |
|---|---|
| 826.67 SF Walls | 508.47 SF Ceiling |
| 1,335.14 SF Walls & Ceiling | 508.47 SF Floor |
| 56.50 SY Flooring | 103.33 LF Floor Perimeter |
| 103.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Ceiling:** | | | | | | |
| 48. R&R Acoustic ceiling tile | 508.47 SF | 0.54 | 3.20 | 72.25 | 592.20 | 2,566.12 |
| **Flooring:** | | | | | | |
| 49. Final cleaning - construction - Residential | 508.47 SF | 0.00 | 0.22 | 0.00 | 33.56 | 145.42 |
| 50. Floor protection - plastic and tape - 10 mil | 508.47 SF | 0.00 | 0.31 | 5.52 | 48.94 | 212.09 |
| 51. Contents - move out then reset | 1.00 EA | 0.00 | 50.55 | 0.00 | 15.16 | 65.71 |
| Totals:  Utility Room | | | | 77.77 | 689.86 | 2,989.34 |



### Bathroom
**Height: 8'**

| | |
|---|---|
| 248.00 SF Walls | 59.50 SF Ceiling |
| 307.50 SF Walls & Ceiling | 59.50 SF Floor |
| 6.61 SY Flooring | 31.00 LF Floor Perimeter |
| 31.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 52. Contents - move out then reset - Large room | 1.00 EA | 0.00 | 75.83 | 0.00 | 22.74 | 98.57 |
| **Ceiling:** | | | | | | |
| 53. R&R Acoustic ceiling tile | 59.50 SF | 0.54 | 3.20 | 8.45 | 69.30 | 300.28 |
| 54. R&R Crown molding - 3 1/4" | 31.00 LF | 0.60 | 3.83 | 4.66 | 42.60 | 184.59 |
| 55. Paint crown molding, oversized - one coat | 31.00 LF | 0.00 | 1.09 | 0.34 | 10.24 | 44.37 |
| 56. Prime & paint heat register | 1.00 EA | 0.00 | 10.65 | 0.20 | 3.26 | 14.11 |
| 57. R&R Heat/AC register - Mechanically attached | 1.00 EA | 2.24 | 22.35 | 0.82 | 7.62 | 33.03 |
| 58. R&R Bathroom ventilation fan, light, and heater - Small | 1.00 EA | 15.79 | 197.54 | 11.91 | 67.58 | 292.82 |
| **Walls:** | | | | | | |



**Exact Building Consutltants, Inc**

**CONTINUED - Bathroom**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 59.  Seal the walls w/PVA primer - one coat | 248.00 SF | 0.00 | 0.61 | 1.35 | 45.78 | 198.41 |
| 60.  Mask wall - plastic, paper, tape (per LF) | 31.00 LF | 0.00 | 1.10 | 0.76 | 10.46 | 45.32 |
| 61.  Paint the walls - two coats | 248.00 SF | 0.00 | 0.99 | 5.16 | 75.20 | 325.88 |
| **Flooring:** | | | | | | |
| 62.  Final cleaning - construction - Residential | 59.50 SF | 0.00 | 0.22 | 0.00 | 3.92 | 17.01 |
| 63.  Floor protection - plastic and tape - 10 mil | 59.50 SF | 0.00 | 0.31 | 0.65 | 5.74 | 24.84 |
| 64.  Contents - move out then reset | 1.00 EA | 0.00 | 50.55 | 0.00 | 15.16 | 65.71 |
| Totals:  Bathroom | | | | 34.30 | 379.60 | 1,644.94 |



**Bathroom (3/4)**                                                    **Height: 8'**

|  | |
|---|---|
| 202.67 SF Walls | 39.67 SF Ceiling |
| 242.33 SF Walls & Ceiling | 39.67 SF Floor |
| 4.41 SY Flooring | 25.33 LF Floor Perimeter |
| 25.33 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **Ceiling:** | | | | | | |
| 65.  R&R Acoustic ceiling tile | 39.67 SF | 0.54 | 3.20 | 5.64 | 46.20 | 200.20 |
| **Flooring:** | | | | | | |
| 66.  Final cleaning - construction - Residential | 39.67 SF | 0.00 | 0.22 | 0.00 | 2.62 | 11.35 |
| 67.  Floor protection - plastic and tape - 10 mil | 39.67 SF | 0.00 | 0.31 | 0.43 | 3.82 | 16.55 |
| 68.  Contents - move out then reset | 1.00 EA | 0.00 | 50.55 | 0.00 | 15.16 | 65.71 |
| Totals:  Bathroom (3/4) | | | | 6.07 | 67.80 | 293.81 |



**Exact Building Consutltants, Inc**



**Garage Closet** | **Height: 8'**

| 208.00 SF Walls | 42.00 SF Ceiling |
| 250.00 SF Walls & Ceiling | 42.00 SF Floor |
| 4.67 SY Flooring | 26.00 LF Floor Perimeter |
| 26.00 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 69.  R&R Sheathing - OSB - 1/2" | 42.00 SF | 0.50 | 1.96 | 4.41 | 32.32 | 140.05 |
| 70.  R&R Batt insulation - 4" - R13 - paper / foil faced | 42.00 SF | 0.22 | 1.01 | 2.74 | 16.32 | 70.72 |
| 71.  R&R Suspended ceiling tile - 2' x 4' | 42.00 SF | 0.18 | 1.82 | 4.52 | 26.56 | 115.08 |
| 72.  Water heater - Detach & reset | 1.00 EA | 0.00 | 637.19 | 0.00 | 191.16 | 828.35 |
| 73.  Paint the walls - one coat | 208.00 SF | 0.00 | 0.68 | 2.45 | 43.18 | 187.07 |
| 74.  Mask and prep for paint - plastic, paper, tape (per LF) | 42.00 LF | 0.00 | 1.44 | 1.03 | 18.44 | 79.95 |
| Totals:  Garage Closet | | | | 15.15 | 327.98 | 1,421.22 |
| Total: Main Level | | | | **226.25** | **2,558.20** | **11,085.51** |

**Debris Removal**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 75.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 525.00 | 0.00 | 0.00 | 157.50 | 682.50 |
| 76.  General clean - up | 6.00 HR | 0.00 | 36.00 | 0.01 | 64.80 | 280.81 |
| 77.  Tree - removal, no disposal- under 12" dia./large canopy | 1.00 EA | 315.85 | 0.00 | 0.00 | 94.76 | 410.61 |
| Totals:  Debris Removal | | | | 0.01 | 317.06 | 1,373.92 |
| Total: SKETCH1 | | | | **1,294.29** | **12,114.14** | **52,494.55** |

**Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 78.  Heat, vent, & air cond. labor minimum | 1.00 EA | 0.00 | 151.88 | 0.00 | 45.56 | 197.44 |
| 79.  Heat, vent, & air cond. labor minimum | 1.00 EA | 0.00 | 202.42 | 0.00 | 60.72 | 263.14 |
| 80.  Drywall labor minimum | 1.00 EA | 0.00 | 194.95 | 0.00 | 58.48 | 253.43 |

 **Exact Building Consutltants, Inc**

**CONTINUED - Labor Minimums Applied**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 81.  Electrical labor minimum | 1.00 EA | 0.00 | 144.87 | 0.00 | 43.46 | 188.33 |
| Totals:  Labor Minimums Applied | | | | 0.00 | 208.22 | 902.34 |
| **Line Item Totals: LAFRENIERE_MORRIS** | | | | **1,294.29** | **12,322.36** | **53,396.89** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 2,136.00 | SF Walls | 1,027.72 | SF Ceiling | 3,163.72 | SF Walls and Ceiling |
| 1,027.72 | SF Floor | 114.19 | SY Flooring | 266.00 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 272.00 | LF Ceil. Perimeter |
| | | | | | |
| 1,027.72 | Floor Area | 1,100.11 | Total Area | 2,136.00 | Interior Wall Area |
| 1,608.19 | Exterior Wall Area | 159.67 | Exterior Perimeter of Walls | | |
| | | | | | |
| 4,367.34 | Surface Area | 43.67 | Number of Squares | 374.37 | Total Perimeter Length |
| 32.08 | Total Ridge Length | 130.55 | Total Hip Length | | |

 **Exact Building Consutltants, Inc**

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 39,780.24 |
| Material Sales Tax | 1,294.29 |
| Subtotal | 41,074.53 |
| Overhead | 6,161.18 |
| Profit | 6,161.18 |
| **Replacement Cost Value** | **$53,396.89** |
| **Net Claim** | **$53,396.89** |

McClenny, Moseley & Associates

 **Exact Building Consutltants, Inc**

### Recap of Taxes, Overhead and Profit

| | Overhead (15%) | Profit (15%) | Material Sales Tax (9.05%) | Manuf. Home Tax (9.05%) | Cleaning Mat'l Tax (9.05%) | Fabric Cleaning Tax (9.05%) | Storage Tax (9.05%) | Local Food Tax (4.6%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 6,161.18 | 6,161.18 | 1,294.29 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | | |
| | **6,161.18** | **6,161.18** | **1,294.29** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

 **Exact Building Consutltants, Inc**

## Recap by Room

**Estimate: LAFRENIERE_MORRIS**

**Area: SKETCH1**

**Area: Roof**

| | | |
|---|---:|---:|
| Roof1 | 21,886.92 | 55.02% |
| Roof4 | 5,190.84 | 13.05% |
| Shed | 2,650.45 | 6.66% |
| **Area Subtotal:  Roof** | **29,728.21** | **74.73%** |

**Area: Main Level**

| | | |
|---|---:|---:|
| Living Room | 2,284.27 | 5.74% |
| Dining Room | 1,266.01 | 3.18% |
| Utility Room | 2,221.71 | 5.58% |
| Bathroom | 1,231.04 | 3.09% |
| Bathroom (3/4) | 219.94 | 0.55% |
| Garage Closet | 1,078.09 | 2.71% |
| **Area Subtotal:  Main Level** | **8,301.06** | **20.87%** |
| **Debris Removal** | **1,056.85** | **2.66%** |
| **Area Subtotal:  SKETCH1** | **39,086.12** | **98.26%** |
| **Labor Minimums Applied** | **694.12** | **1.74%** |

| | | |
|---|---:|---:|
| **Subtotal of Areas** | **39,780.24** | **100.00%** |
| **Total** | **39,780.24** | **100.00%** |

 **Exact Building Consutltants, Inc**

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| ACOUSTICAL TREATMENTS | 3,230.77 | 6.05% |
| CLEANING | 432.86 | 0.81% |
| CONTENT MANIPULATION | 480.24 | 0.90% |
| GENERAL DEMOLITION | 7,384.39 | 13.83% |
| DRYWALL | 324.02 | 0.61% |
| ELECTRICAL | 342.41 | 0.64% |
| FINISH CARPENTRY / TRIMWORK | 449.38 | 0.84% |
| HEAT,  VENT & AIR CONDITIONING | 546.70 | 1.02% |
| INSULATION | 2,577.03 | 4.83% |
| PLUMBING | 637.19 | 1.19% |
| PAINTING | 2,105.22 | 3.94% |
| ROOFING | 19,827.57 | 37.13% |
| TEMPORARY REPAIRS | 1,442.46 | 2.70% |
| O&P Items Subtotal | 39,780.24 | 74.50% |
| Material Sales Tax | 1,294.29 | 2.42% |
| Overhead | 6,161.18 | 11.54% |
| Profit | 6,161.18 | 11.54% |
| Total | 53,396.89 | 100.00% |

 **Exact Building Consutltants, Inc**



| | | | |
|---|---|---|---|
| 1 | SKETCH1/Front Elevation - 1-Address Verification | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |

 **Exact Building Consutltants, Inc**



2    SKETCH1/Front Elevation - 2    Date Taken: 2/1/2022    Taken By: Denver Van Deventer



**Exact Building Consutltants, Inc**



3        SKETCH1/Right Elevation - 3        Date Taken: 2/1/2022        Taken By: Denver Van Deventer



**Exact Building Consutltants, Inc**



4        SKETCH1/Rear Elevation - 4        Date Taken: 2/1/2022        Taken By: Denver Van Deventer



**Exact Building Consutltants, Inc**



5        SKETCH1/Left Elevation - 5        Date Taken: 2/1/2022        Taken By: Denver Van Deventer



**Exact Building Consutltants, Inc**



6        SKETCH1/Roof/Roof1 - 6        Date Taken: 2/1/2022        Taken By: Denver Van Deventer
         1 layer with drip edge



**Exact Building Consutltants, Inc**



7       SKETCH1/Roof/Roof1 - 7-Shingle   Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Guage



**Exact Building Consutltants, Inc**



8        SKETCH1/Roof/Roof1 - 8-Pitch        Date Taken: 2/1/2022        Taken By: Denver Van Deventer
         Guage

 **Exact Building Consutltants, Inc**



9       SKETCH1/Roof/Roof1 - 9-Front       Date Taken: 2/1/2022       Taken By: Denver Van Deventer
        Slope

        Overview of slope, shingles lifted and show granulation loss from high wind

 **Exact Building Consutltants, Inc**



10    SKETCH1/Roof/Roof1 - 10-Front    Date Taken: 2/1/2022        Taken By: Denver Van Deventer
Slope

Overview of slope, shingles lifted and show granulation loss from high wind

 **Exact Building Consutltants, Inc**



11      SKETCH1/Roof/Roof1 - 11-Front      Date Taken: 2/1/2022         Taken By: Denver Van Deventer
        Slope

        Overview of slope, shingles lifted and show granulation loss from high wind

 **Exact Building Consutltants, Inc**



| 12 | SKETCH1/Roof/Roof1 - 12-Front Slope | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |

Overview of slope, shingles lifted and show granulation loss from high wind

 **Exact Building Consutltants, Inc**



13    SKETCH1/Roof/Roof1 - 13-Front    Date Taken: 2/1/2022    Taken By: Denver Van Deventer
      Slope

      Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



14      SKETCH1/Roof/Roof1 - 14-Right     Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Slope

        Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



15      SKETCH1/Roof/Roof1 - 15-Right     Date Taken: 2/1/2022           Taken By: Denver Van Deventer
        Slope
        Overview of slope, shingles lifted and show granulation loss from high wind

 **Exact Building Consutltants, Inc**



16    SKETCH1/Roof/Roof1 - 16-Right    Date Taken: 2/1/2022        Taken By: Denver Van Deventer
Slope

Overview of slope, shingles lifted and show granulation loss from high wind

**Exact Building Consutltants, Inc**



17    SKETCH1/Roof/Roof1 - 17-Right    Date Taken: 2/1/2022        Taken By: Denver Van Deventer
Slope

Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



18   SKETCH1/Roof/Roof1 - 18-Right      Date Taken: 2/1/2022          Taken By: Denver Van Deventer
     Slope

     Overview of slope, shingles lifted and show granulation loss from high wind

 **Exact Building Consutltants, Inc**



19    SKETCH1/Roof/Roof1 - 19-Right    Date Taken: 2/1/2022         Taken By: Denver Van Deventer
      Slope

      Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



20      SKETCH1/Roof/Roof1 - 20-Rear      Date Taken: 2/1/2022      Taken By: Denver Van Deventer
        Slope

        Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



21      SKETCH1/Roof/Roof1 - 21-Rear      Date Taken: 2/1/2022            Taken By: Denver Van Deventer
        Slope
        Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



22      SKETCH1/Roof/Roof1 - 22-Rear      Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Slope
        Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



23      SKETCH1/Roof/Roof1 - 23-Rear     Date Taken: 2/1/2022        Taken By: Denver Van Deventer
        Slope

        Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



24      SKETCH1/Roof/Roof1 - 24-Rear      Date Taken: 2/1/2022            Taken By: Denver Van Deventer
        Slope

        Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



25      SKETCH1/Roof/Roof1 - 25-Rear      Date Taken: 2/1/2022      Taken By: Denver Van Deventer
        Slope

        Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



26      SKETCH1/Roof/Roof1 - 26-Left      Date Taken: 2/1/2022      Taken By: Denver Van Deventer
        Slope

        Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



27     SKETCH1/Roof/Roof1 - 27-Left        Date Taken: 2/1/2022          Taken By: Denver Van Deventer
       Slope

       Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



28      SKETCH1/Roof/Roof1 - 28-Left        Date Taken: 2/1/2022        Taken By: Denver Van Deventer
        Slope

        Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



29      SKETCH1/Roof/Roof1 - 29-Left      Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Slope

Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



30    SKETCH1/Roof/Roof1 - 30-Left    Date Taken: 2/1/2022        Taken By: Denver Van Deventer
     Slope

     Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



31      SKETCH1/Roof/Roof1 - 31-Left      Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Slope

        Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



| 32 | SKETCH1/Roof/Roof1 - 32-Left Slope | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |

Overview of slope, shingles lifted and show granulation loss from high wind



**Exact Building Consutltants, Inc**



33      SKETCH1/Roof/Roof4 - 33        Date Taken: 2/1/2022        Taken By: Denver Van Deventer
        Overview of roof

 **Exact Building Consutltants, Inc**



34      SKETCH1/Roof/Roof4 - 34          Date Taken: 2/1/2022          Taken By: Denver Van Deventer

Overview of roof



**Exact Building Consutltants, Inc**



35      SKETCH1/Roof/Roof4 - 35        Date Taken: 2/1/2022         Taken By: Denver Van Deventer
Overview of roof

 **Exact Building Consutltants, Inc**



36      SKETCH1/Roof/Roof4 - 36          Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Overview of roof



**Exact Building Consutltants, Inc**



37        SKETCH1/Roof/Roof4 - 37        Date Taken: 2/1/2022        Taken By: Denver Van Deventer

Overview of roof



**Exact Building Consutltants, Inc**



| | | | |
|---|---|---|---|
| 38 | SKETCH1/Roof/Roof4 - 38 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |
| | Overview of roof | | |

 **Exact Building Consutltants, Inc**



39      SKETCH1/Roof/Roof4 - 39        Date Taken: 2/1/2022        Taken By: Denver Van Deventer
        Overview of roof



**Exact Building Consutltants, Inc**



40      SKETCH1/Roof/Roof4 - 40        Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Overview of roof



**Exact Building Consutltants, Inc**



41      SKETCH1/Roof/Roof4 - 41          Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Overview of roof



**Exact Building Consutltants, Inc**



42      SKETCH1/Roof/Roof4 - 42        Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Overview of roof



**Exact Building Consutltants, Inc**



43      SKETCH1/Roof/Roof4 - 43         Date Taken: 2/1/2022          Taken By: Denver Van Deventer
Overview of roof



**Exact Building Consutltants, Inc**



44      SKETCH1/Roof/Roof4 - 44        Date Taken: 2/1/2022        Taken By: Denver Van Deventer
        Overview of roof



**Exact Building Consutltants, Inc**



45      SKETCH1/Roof/Roof4 - 45        Date Taken: 2/1/2022            Taken By: Denver Van Deventer
Overview of roof



**Exact Building Consutltants, Inc**



46      SKETCH1/Roof/Roof4 - 46          Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Overview of roof



**Exact Building Consutltants, Inc**



47      SKETCH1/Roof/Shed - 47          Date Taken: 2/1/2022          Taken By: Denver Van Deventer



**Exact Building Consutltants, Inc**



48      SKETCH1/Roof/Shed - 48          Date Taken: 2/1/2022          Taken By: Denver Van Deventer



**Exact Building Consutltants, Inc**



49      SKETCH1/Roof/Shed - 49        Date Taken: 2/1/2022        Taken By: Denver Van Deventer



**Exact Building Consutltants, Inc**



50      SKETCH1/Roof/Shed - 50          Date Taken: 2/1/2022          Taken By: Denver Van Deventer

 **Exact Building Consutltants, Inc**



51        SKETCH1/Roof/Shed - 51        Date Taken: 2/1/2022        Taken By: Denver Van Deventer

Damage to roof from falling tree, insured did not want to damage further by climbing on it.



**Exact Building Consutltants, Inc**



52     SKETCH1/Roof/Shed - 52        Date Taken: 2/1/2022        Taken By: Denver Van Deventer
       Damage to roof from falling tree, insured did not want to damage further by climbing on it.

**Exact Building Consutltants, Inc**



| 53 | SKETCH1/Main Level/Living Room - 53 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |

Overview of room

 **Exact Building Consutltants, Inc**



54          SKETCH1/Main Level/Living          Date Taken: 2/1/2022          Taken By: Denver Van Deventer
            Room - 54
            Overview of room



**Exact Building Consutltants, Inc**



| 55 | SKETCH1/Main Level/Living Room - 55 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |

Overview of room



**Exact Building Consutltants, Inc**



56      SKETCH1/Main Level/Living          Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Room - 56
        Overview of room



**Exact Building Consutltants, Inc**



| 57 | SKETCH1/Main Level/Living Room - 57 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |

Overview of room



**Exact Building Consutltants, Inc**



| 58 | SKETCH1/Main Level/Living Room - 58 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |

Overview of room



**Exact Building Consutltants, Inc**



59       SKETCH1/Main Level/Living        Date Taken: 2/1/2022          Taken By: Denver Van Deventer
         Room - 59
         Overview of room



**Exact Building Consutltants, Inc**



60        SKETCH1/Main Level/Living        Date Taken: 2/1/2022        Taken By: Denver Van Deventer
          Room - 60
          Overview of room



**Exact Building Consutltants, Inc**



61      SKETCH1/Main Level/Living      Date Taken: 2/1/2022      Taken By: Denver Van Deventer
        Room - 61
        Overview of room



**Exact Building Consutltants, Inc**



| 62 | SKETCH1/Main Level/Living Room - 62 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |

Water damage to ceiling

 **Exact Building Consutltants, Inc**



63      SKETCH1/Main Level/Living        Date Taken: 2/1/2022              Taken By: Denver Van Deventer
        Room - 63
        Water damage to ceiling



**Exact Building Consutltants, Inc**



64      SKETCH1/Main Level/Living        Date Taken: 2/1/2022        Taken By: Denver Van Deventer
        Room - 64
        Water damage to ceiling



**Exact Building Consutltants, Inc**



| 65 | SKETCH1/Main Level/Dining Room - 65 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |

Overview of room



**Exact Building Consutltants, Inc**



66      SKETCH1/Main Level/Dining          Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Room - 66
        Overview of room



**Exact Building Consutltants, Inc**



67    SKETCH1/Main Level/Dining       Date Taken: 2/1/2022          Taken By: Denver Van Deventer
      Room - 67
      Overview of room



**Exact Building Consutltants, Inc**



68      SKETCH1/Main Level/Dining          Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Room - 68
        Overview of room



**Exact Building Consutltants, Inc**



| | | |
|---|---|---|
| 69 | SKETCH1/Main Level/Dining Room - 69 | Date Taken: 2/1/2022 |
| | Damage to ceiling | Taken By: Denver Van Deventer |



**Exact Building Consutltants, Inc**



70    SKETCH1/Main Level/Dining        Date Taken: 2/1/2022          Taken By: Denver Van Deventer
      Room - 70
      Damage to ceiling

 **Exact Building Consutltants, Inc**



71      SKETCH1/Main Level/Dining      Date Taken: 2/1/2022      Taken By: Denver Van Deventer
        Room - 71
        Damage to ceiling

 **Exact Building Consutltants, Inc**



| 72 | SKETCH1/Main Level/Utility | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |
| | Room - 72 | | |
| | Overview of room | | |



**Exact Building Consutltants, Inc**



73        SKETCH1/Main Level/Utility        Date Taken: 2/1/2022        Taken By: Denver Van Deventer
          Room - 73
          Overview of room



**Exact Building Consutltants, Inc**



74      SKETCH1/Main Level/Utility        Date Taken: 2/1/2022              Taken By: Denver Van Deventer
        Room - 74
        Overview of room



**Exact Building Consutltants, Inc**



| | | | |
|---|---|---|---|
| 75 | SKETCH1/Main Level/Utility Room - 75 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |
| | Overview of room | | |

 **Exact Building Consutltants, Inc**



| 76 | SKETCH1/Main Level/Utility Room - 76 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |

Overview of room



**Exact Building Consutltants, Inc**



| | | |
|---|---|---|
| 77 | SKETCH1/Main Level/Utility Room - 77 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |

Overview of room

 **Exact Building Consutltants, Inc**



| 78 | SKETCH1/Main Level/Utility | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |
| | Room - 78 | | |
| | Damage to ceiling | | |

 **Exact Building Consutltants, Inc**



| 79 | SKETCH1/Main Level/Utility Room - 79 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |

Damage to ceiling



**Exact Building Consutltants, Inc**



80      SKETCH1/Main Level/Bathroom -   Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        80
        Overview of room



**Exact Building Consutltants, Inc**



81      SKETCH1/Main Level/Bathroom -    Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        81
        Overview of room



**Exact Building Consutltants, Inc**



82      SKETCH1/Main Level/Bathroom -   Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        82
        Overview of room



**Exact Building Consutltants, Inc**



83      SKETCH1/Main Level/Bathroom -    Date Taken: 2/1/2022        Taken By: Denver Van Deventer
        83
        Overview of room



**Exact Building Consutltants, Inc**



84      SKETCH1/Main Level/Bathroom -   Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        84
        Damage to ceiling



**Exact Building Consutltants, Inc**



85      SKETCH1/Main Level/Bathroom -    Date Taken: 2/1/2022            Taken By: Denver Van Deventer
        85
        Damage to ceiling

 **Exact Building Consutltants, Inc**



86      SKETCH1/Main Level/Bathroom -    Date Taken: 2/1/2022         Taken By: Denver Van Deventer
        86
        Damage to ceiling



**Exact Building Consutltants, Inc**



87      SKETCH1/Main Level/Bathroom -   Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        87
        Damage to ceiling



**Exact Building Consutltants, Inc**



88   SKETCH1/Main Level/Bathroom -   Date Taken: 2/1/2022          Taken By: Denver Van Deventer
     88
     Damage to ceiling



**Exact Building Consutltants, Inc**



89      SKETCH1/Main Level/Bathroom -   Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        89
        Damage to ceiling



**Exact Building Consutltants, Inc**



90      SKETCH1/Main Level/Bathroom      Date Taken: 2/1/2022            Taken By: Denver Van Deventer
        (3/4) - 90
        Overview of room



**Exact Building Consutltants, Inc**



91      SKETCH1/Main Level/Bathroom      Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        (3/4) - 91
        Overview of room



**Exact Building Consutltants, Inc**



| 92 | SKETCH1/Main Level/Bathroom (3/4) - 92 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |
| --- | --- | --- | --- |

Overview of room



**Exact Building Consutltants, Inc**



93      SKETCH1/Main Level/Bathroom      Date Taken: 2/1/2022      Taken By: Denver Van Deventer
        (3/4) - 93
        Damage to wall



**Exact Building Consutltants, Inc**



94      SKETCH1/Main Level/Bathroom          Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        (3/4) - 94
        Damage to wall



**Exact Building Consutltants, Inc**



| | | | |
|---|---|---|---|
| 95 | SKETCH1/Main Level/Bathroom (3/4) - 95 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |
| | Damage to wall | | |

 **Exact Building Consutltants, Inc**



96      SKETCH1/Main Level/Garage          Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Closet - 96
        Overview of room



**Exact Building Consutltants, Inc**



97      SKETCH1/Main Level/Garage          Date Taken: 2/1/2022          Taken By: Denver Van Deventer
        Closet - 97
        Damage to ceiling



**Exact Building Consutltants, Inc**



| | | | |
|---|---|---|---|
| 98 | SKETCH1/Main Level/Garage Closet - 98 | Date Taken: 2/1/2022 | Taken By: Denver Van Deventer |
| | Damage to ceiling | | |





Main Level







N

Roof