UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **LAFRENIERE MORRIS** | **CIVIL ACTION NO:  5:23-cv-00447** |
| *Plaintiff* | |
| **VERSUS** | |
| **FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN** | **JUDGE** _____ |
| *Defendant* | **MAGISTRATE** _____ |

**FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN'S
NOTICE OF COMPLIANCE WITH 28 U.S.C. 1447(b)**

Pursuant to 28 U.S.C. 1447(b), defendant FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, respectfully represents as follows:

1. The only parties to this action are Lafreniere Morris and Foremost Insurance Company Grand Rapids Michigan.

2. The entire State Court record is attached.

3. A copy of the return of service of process in State Court was attached to Exhibit A of defendant's Notice of Removal.

Baton Rouge, Louisiana, this 5th day of April, 2023.

. . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . .

**[SIGNATURE BLOCK ON NEXT PAGE]**

Respectfully Submitted:

**KINCHEN, WALKER, BIENVENU,
  BARGAS, REED & HELM, L.L.C.**
Two United Plaza, Suite 202
8550 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Phone: 225.292.6704
Fax:    225.292.6705
Direct: 225.923.7843
Email: vbargas@kwbbrlaw.com
           bharrell@kwbbrlaw.com
           dmcknight@kwbbrlaw.com
           mlefranc@kwbbrlaw.com

BY:  /s *VALERIE BRIGGS BARGAS*
       **VALERIE BRIGGS BARGAS**
       Louisiana Bar Roll Number 27392
       **BRIAN W. HARRELL**
       Louisiana Bar Roll Number 28439
       **DEVON B. MCKNIGHT**
       Louisiana Bar Roll Number 33507
       **MAHALIE L. KYZAR**
       Louisiana Bar Roll Number 39255

*Attorneys for Foremost Insurance Company
Grand Rapids, Michigan*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above and foregoing *Notice of Compliance with 28 U.S.C. 1447(b)* has been electronically filed on April 5, 2023, with the Clerk of court using the CM/ECF system. Notice of this filing will be forwarded to the following attorney via the Court's Electronic Filing System, email, facsimile and/or US Mail:

Mr. R. William Huye, III
Mr. Claude F. Reynaud, III
Mr. Cameron Snowden
Mr. Grant Gardiner
MCCLENNY MOSELEY & ASSOCIATES, PLLC
1820 St. Charles Avenue, Suite 110
New Orleans, LA 70130
Email: william@mma-pllc.com
Email: claude@mma-pllc.com
Email : cameron@mma-pllc.com
Email : Ggardiner@mma-pllc.com
Fax:  1.713.322.5953

*/s **VALERIE BRIGGS BARGAS***
**VALERIE BRIGGS BARGAS**
