UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

**LAFRENIERE MORRIS**            CIVIL ACTION NO: 5:23-cv-00447
   *Plaintiff*

**VERSUS**

**FOREMOST INSURANCE COMPANY**   JUDGE _____
**GRAND RAPIDS MICHIGAN**
   *Defendant*                  MAGISTRATE _____

### FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant, Foremost Insurance Company Grand Rapids, Michigan, an insurance company organized under the laws of the State of Michigan with its principal place of business in Grand Rapids, Michigan, respectfully submits the following Corporate Disclosure Statement:

1. Foremost Corporation of America, is a Michigan holding company that owns Foremost Insurance Company Grand Rapids, Michigan. Foremost Corporation of America and Foremost Insurance Company Grand Rapids, Michigan are wholly owned by Farmers Insurance Exchange, an inter insurance exchange.

2. No part of Foremost Insurance Company, Foremost Corporation of America, or Farmers Insurance Exchange is publicly held.

. . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . .

Baton Rouge, Louisiana, this 5th day of April, 2023.

Respectfully Submitted:

**KINCHEN, WALKER, BIENVENU,
  BARGAS, REED & HELM, L.L.C.**
Two United Plaza, Suite 202
8550 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Telephone:  (225) 292-6704
Facsimile:  (225) 292-6705
Email:  vbargas@kwbbrlaw.com
Email:  bharrell@kwbbrlaw.com
Email:  kmarchand@kwbbrlaw.com
Email:  mlefranc@kwbbrlaw.com

BY: */s VALERIE BRIGGS BARGAS*
  **VALERIE BRIGGS BARGAS**
  Louisiana Bar Roll Number 27392
  **BRIAN W. HARRELL**
  Louisiana Bar Roll Number 28439
  **DEVON B. MCKNIGHT**
  Louisiana Bar Roll Number 39255
  **KOLBY P. MARCHAND**
  Louisiana Bar Roll Number 38336
  **MAHALIE L. KYZAR**
  Louisiana Bar Roll Number 39255

*Attorneys for Foremost Insurance Company
Grand Rapids, Michigan*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing Foremost Insurance Company Grand Rapids, Michigan's Corporate Disclosure Statement has been electronically filed on February 17, 2023, with the Clerk of court using the CM/ECF system.  Notice of this filing will be forwarded to the following attorney via the Court's Electronic Filing System, email, facsimile and/or US Mail:

Mr. R. William Huye, III
Mr. Claude F. Reynaud, III
Mr. Cameron Snowden
Mr. Grant Gardiner
MCCLENNY MOSELEY & ASSOCIATES, PLLC
1820 St. Charles Avenue, Suite 110
New Orleans, LA 70130
Email: william@mma-pllc.com
Email: claude@mma-pllc.com
Email : cameron@mma-pllc.com
Email : Ggardiner@mma-pllc.com
Fax:  1.713.322.5953

   *S/ VALERIE BRIGGS BARGAS*
   **VALERIE BRIGGS BARGAS**