UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **LAFRENIERE MORRIS**<br>*Plaintiff* | **CIVIL ACTION NO: 5:23-cv-00447** |
| **VERSUS** | |
| **FOREMOST INSURANCE COMPANY**<br>**GRAND RAPIDS MICHIGAN**<br>*Defendant* | **JUDGE** _____<br><br>**MAGISTRATE** _____ |

**FOREMOST INSURANCE COMPANY'S**
**DIVERSITY JURISDICTION DISCLOSURE STATEMENT**

Pursuant to the Court's Diversity Jurisdiction Disclosure Statement Requirement, defendant, FOREMOST INSURANCE COMPANY, submits the following response:

1. Plaintiff Lafreniere Morris, an individual, is domiciled in the Parish of Caddo, State of Louisiana, and is therefore a citizen of the State of Louisiana for diversity purposes;

2. Defendant FOREMOST INSURANCE COMPANY is a foreign corporation organized under, and incorporated in, the State of Michigan, with its principal place of business located in Caledonia, Michigan, and is therefore a citizen of the Michigan for diversity purposes.

Baton Rouge, Louisiana, this 5th day of April, 2023.

. . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . .

**[SIGNATURES ON THE FOLLOWING PAGE]**

Respectfully Submitted:

**KINCHEN, WALKER, BIENVENU,
   BARGAS, REED & HELM, L.L.C.**
Two United Plaza, Suite 202
8550 United Plaza Boulevard
Baton Rouge, Louisiana  70809
Phone: 225.292.6704
Direct: 225.923.7843
Fax:     225.292.6705
Email: vbargas@kwbbrlaw.com
Email: bharrel@kwbbrlaw.com
Email: kmarchand@kwbbrlaw.com
Email: mlefranc@kwbbrlaw.com

BY:  /s *VALERIE BRIGGS BARGAS*
         **VALERIE BRIGGS BARGAS**
         Louisiana Bar Roll Number 27392
         **BRIAN W. HARRELL**
         Louisiana Bar Roll Number 28439
         **KOLBY P. MARCHAND**
         Louisiana Bar Roll Number 38336
         **MAHALIE L. KYZAR**
         Louisiana Bar Roll Number 39255

*Attorneys for Defendant Foremost Insurance Company Grand Rapids, Michigan*

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing Foremost Insurance Company Grand Rapids, Michigan's Diversity Jurisdiction Disclosure Statement has been electronically filed on April 5, 2023, with the Clerk of Court using the CM/ECF system and notice of this filing will be forwarded to all counsel via the Court's Electronic Filing System.

         *S/ VALERIE BRIGGS BARGAS*
         **VALERIE BRIGGS BARGAS**