# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| **LAFRENIERE MORRIS**<br>　*Plaintiff* | **CIVIL ACTION NO: 5:23-cv-00447-SMH-MLH** |
| **VERSUS** | |
| **FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN**<br>　*Defendant* | **JUDGE S. MAURICE HICKS, JR.**<br><br>**MAGISTRATE JUDGE MARK L. HORNSBY** |

## SUPPLEMENTAL NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY

NOW INTO COURT, through undersigned counsel, comes FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN (hereinafter from time to time referred to as "Foremost"), respectfully submits this Supplemental Notice of Removal and Request for Trial by Jury and represents as follows:

1.

A copy of the Petition for Damages filed in State Court was attached as Exhibit A to defendant's Notice of Removal [R. Doc. 1]; however, a Motion for Extension of Time filed in State Court prior to this removal and signed Order granting said Motion were omitted.

2.

Pursuant to the request of the Court, Foremost Insurance Company Grand Rapids, Michigan files this Supplemental Notice of removal and attaches a complete copy of the Motion for Extension of Time and Order granting Motion for Extension of Time hereto.

Baton Rouge, Louisiana this 10th day of April, 2023.

                Respectfully Submitted:

                **KINCHEN, WALKER, BIENVENU, BARGAS, REED & HELM, L.L.C.**
                Two United Plaza, Suite 202
                8550 United Plaza Boulevard
                Baton Rouge, Louisiana 70809
                Phone: 225.292.6704
                Fax:    225.292.6705
                Direct: 225.923.7843
                Email: vbargas@kwbbrlaw.com
                          bharrell@kwbbrlaw.com
                          dmcknight@kwbbrlaw.com
                          mlefranc@kwbbrlaw.com

                BY: /s *VALERIE BRIGGS BARGAS*
                        **VALERIE BRIGGS BARGAS**
                        Louisiana Bar Roll Number 27392
                        **BRIAN W. HARRELL**
                        Louisiana Bar Roll Number 28439
                        **DEVON B. MCKNIGHT**
                        Louisiana Bar Roll Number 33507
                        **MAHALIE L. KYZAR**
                        Louisiana Bar Roll Number 39255

*Attorneys for Foremost Insurance Company Grand Rapids, Michigan*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing Notice of Removal has been electronically filed on April 10, 2023 with the Clerk of court using the CM/ECF system. Notice of this filing will be forwarded to the following attorney via the Court's Electronic Filing System, email, facsimile and/or US Mail:

Mr. R. William Huye, III
Mr. Claude F. Reynaud, III
Mr. Cameron Snowden
Mr. Grant Gardiner
MCCLENNY MOSELEY & ASSOCIATES, PLLC
1820 St. Charles Avenue, Suite 110
New Orleans, LA 70130
Email: william@mma-pllc.com
Email: claude@mma-pllc.com
Email : cameron@mma-pllc.com
Email : Ggardiner@mma-pllc.com
Fax: 1.713.322.5953

___*S/ VALERIE BRIGGS BARGAS*___
**VALERIE BRIGGS BARGAS**