**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **LAFRENIERE MORRIS** | **CASE NO. 5:23-CV-00447** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **FOREMOST INSURANCE CO. OF GRAND RAPIDS MICHIGAN** | **MAGISTRATE JUDGE KAY** |

**MINUTES OF COURT:**
**Status Conference**

| | | | |
|---|---|---|---|
| Date: | 6/13/2023 | Presiding: | Magistrate Judge Kathleen Kay |
| Court Opened: | 10:38 | Courtroom Deputy: | Robin Enkey |
| Court Adjourned: | 10:41 | Court Reporter: | Marie Runyon |
| Statistical Time: | 0:03 | Courtroom: | CR1 |

**APPEARANCES**

| | | | |
|---|---|---|---|
| Valerie Briggs Bargas  (RET) | | For | Foremost Insurance Co. of Grand Rapids Michigan, Defendant |

**PROCEEDINGS**

**CASE CALLED FOR STATUS CONFERENCE** per Order (Record Document 11) filed by the Court on 6/7/2023.

Plaintiff was ordered to appear and did not appear for this case.

Status Conference Hearing held.

COMMENTS:

The Court will issue a Report and Recommendation that this matter be dismissed for failure to prosecute. Plaintiff will have fourteen (14) days from service of the report and recommendation to file written objections.