UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LAFRENIERE MORRIS | CIVIL ACTION NO. 23-cv-447 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| FOREMOST INSURANCE CO OF GRAND RAPIDS MICHIGAN | MAGISTRATE JUDGE HORNSBY |

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that the above action has been settled,

It is ordered that this action is hereby dismissed, without prejudice to the right, upon good cause shown within 90 days of the signing of this Order, to reopen the action if settlement is not consummated. The Clerk is now requested to close this case.

It is further ordered that within 90 days of the signing of this Order, the parties shall submit to the Court: (1) a joint motion to dismiss accompanied by a proposed order; or (2) a Rule 41(a)(1)(A)(ii) stipulation of dismissal signed by all parties who have appeared in this action. Any motion that may be pending in this case is hereby denied as moot.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 31st day of October, 2023.

Mark L. Hornsby
U.S. Magistrate Judge